## JOHNSON v. STATE.
### No. 18122.

Court of Criminal Appeals of Texas.
April 15, 1936.

R. H. Sigler, of Athens, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful transportation of intoxicating liquor; penalty assessed at confinement in the penitentiary for five years.

Since the conviction of the appellant, the law (Pen.Code 1925, art. 666 et seq., as amended) upon which the prosecution is founded has been repealed (Vernon's Ann.P.C. art. 666—49). See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed and the prosecution ordered dismissed.